STATE v. BEAM

No. 527P84.

Case below: 70 N.C. App. 181.

Petition by defendant for writ of supersedeas and temporary stay denied 27 September 1984.

STATE v. BROWN

No. 242P84.

Case below: 68 N.C. App. 162.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 October 1984. Attorney General's motion to dismiss appeal for lack of substantial constitutional question allowed 2 October 1984.

STATE v. CALDWELL

No. 279P84.

Case below: 68 N.C. App. 488.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 2 October 1984.

STATE v. DOUGLAS

No. 502P84.

Case below: 69 N.C. App. 770.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 October 1984.

STATE v. DOWNING

No. 161PA84.

Case below: 66 N.C. App. 686.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 2 October 1984.